# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| **CORBIN HOWARD, on behalf of himself and others similarly situated,** )<br>)<br>) | Case No. 3:21-cv-38 |
| ) | Judge Richard L. Young |
| Plaintiff, ) | Magistrate Judge Matthew P. Brookman |
| ) | |
| v. ) | **PLAINTIFFS' UNOPPOSED MOTION** |
| ) | **FOR APPROVAL OF SETTLEMENT** |
| **BERRY GLOBAL, INC.,** ) | **AGREEMENT AND RELEASE** |
| ) | |
| Defendant. ) | |

Named/Representative Plaintiff Corbin Howard on behalf of himself and others similarly situated who have filed consents to join this litigation as Opt-In Plaintiffs, by and through counsel, respectfully move the Court to grant Plaintiffs' Unopposed Motion for Approval of Settlement Agreement and Release. Attached to this Motion are the following:

A. Memorandum in Support, along with its Exhibits: Settlement Agreement and Release (Exhibit A and Exhibit 1 of Agreement (Cover Letter); and Declaration of Hans Nilges (Exhibit B); and,

B. Proposed Order Granting Unopposed Motion (attached hereto as Attachment 1).

Dated: December 15, 2021.

Respectfully submitted,

**For Collective:**

*/s/ Robert P. Kondras, Jr.*
Robert P. Kondras, Jr.
Attorney No. 18038-84
**HASSLER KONDRAS MILLER LLP**
100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691
Facsimile: (812) 234-2881
kondras@hkmlawfirm.com

*/s/ Hans A. Nilges*
Hans A. Nilges (OH Bar 0076017)
Shannon M. Draher (OH Bar 0074304)
**NILGES DRAHER LLC**
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com

Robi Baishnab (OH Bar 0086195)
**NILGES DRAHER LLC**
1360 E. 9th, St., Ste. 808
Cleveland, OH 44114.
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

*Counsel for Collective*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2021, the foregoing Plaintiffs' Unopposed Motion for Approval of Settlement Agreement and Release, Memorandum in Support thereof, and Proposed Order were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Robert P. Kondras, Jr.*
                                            Robert P. Kondras, Jr.

                                            *Counsel for Collective*