UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CORBIN J. HOWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-cv-00038-RLY-MPB ) |
| BERRY GLOBAL, INC., | ) ) ) |
| Defendant. | ) |

# FINAL JUDGMENT

Consistent with the Order approving the parties' Settlement Agreement and Release, the court **DISMISSES** this collective action under the Fair Labor Standards Act ("FLSA") **WITH PREJUDICE**, **GRANTS** final judgment on all "Released Claims" as defined in the Settlement Agreement, and **ENJOINS** each FLSA Settlement Collective member from prosecuting any "Released Claims" against Defendant and "Released Persons" as defined in the Settlement Agreement.

**SO ORDERED** this 28th day of March 2022.

Roger Sharpe, Clerk
United States District Court

By: Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

1