IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **CORBIN HOWARD, on behalf of himself and others similarly situated,** ) | |
| ) | Case No. 3:21-cv-38 |
| ) | |
| Plaintiff, ) | Judge Richard L. Young |
| ) | Magistrate Judge Matthew P. Brookman |
| v. ) | |
| ) | **JOINT MOTION FOR AN ORDER** |
| **BERRY GLOBAL, INC.,** ) | **APPROVING RELEASE OF CLAIMS OF** |
| ) | **LATE OPT-INS** |
| Defendant. ) | |

Representative Plaintiff Corbin Howard and Defendant Berry Global, Inc. (collectively "the Parties") respectfully submit a Joint Motion for an Order Approving Release of Claims of Late Opt-Ins. In support, the Parties state as follows:

1. On December 14, 2021, the Parties executed a Settlement Agreement and Release of Claims ("Agreement"). (ECF No. 62-1). The Agreement covered the claims of 1,687 current and former employees (including the Representative Plaintiff and 21 Opt-In Plaintiff who filed consent forms before Court-authorized notice issued on July 21, 2021). (ECF No. 62 at 1, 4). As part of the Agreement, Defendant agreed to accept any untimely consent forms received by the Notice Administrator on or before the date of execution of the Agreement. (*Id.* at 4).

2. On December 16, 2021, Representative Plaintiff filed an unopposed motion for approval of the Agreement and entry of an order dismissing with prejudice and granting final judgment on the claims released in the Agreement. (*See* ECF No. 61, 61-1, 62).

3. On January 28, 2022, the Court granted Representative Plaintiff's motion and entered an order dismissing with prejudice and granting final judgment on the claims released in the Agreement and enjoining collective members from prosecuting any released claims against Defendant and other released persons as defined in the Agreement. (ECF No. 63). The Court also

retained jurisdiction over the claims alleged, the Parties in this action, and the implementation and administration of the Agreement. (*Id.* at 3).

4. On April 13, 2022, the Court approved the settlement and release of claims as to five late-filed opt-ins the parties agreed to accept. (ECF No. 66.)

5. Since the April 13, 2022 Order, the Notice Administrator has received two additional consent forms that were initially sent to putative collective members in July 2021. The first (from Patricia Fuller) was received on May 3, 2022, with a postmark date of April 21, 2022. *See* **Exhibit 1**. The second (from Jerome Brown) was received on August 23, 2022. *See* **Exhibit 2**. Mr. Brown's original notice was sent in July 2021 and then, after it was returned as undeliverable, a second notice was mailed in August 2021 to a new address (matching the address on the attached consent form. Ms. Fuller only received the July 2021 notice and it was not returned as undeliverable.

6. As in April 2022, the Parties conferred and reached agreement to settle these late filed claims consistent with the terms of the Agreement approved by the Court. More specifically, upon the approval of the Court, these two individuals will receive the same *pro rata* share of the original gross settlement amount that someone with the same number of eligible workweeks would have received under the Agreement and will be bound by the Agreement, including the release of claims contained therein. These settlement payments will not diminish the amount received by any other Opt-In Plaintiff under the Agreement. Rather, Defendant will contribute additional funds to the Qualified Settlement Fund to cover the settlement payments and employer's share of employment taxes for these additional opt-ins. Collective Counsel will not receive any additional amount in attorneys' fees and costs as a result of the inclusion of these individuals in the settlement.

7. For the reasons stated in ECF No. 62 and the Court's January 28, 2022 Order, the Parties respectfully request the Court approve the settlement and release of the claims of Ms. Fuller and Mr. Brown and enter an order dismissing with prejudice and granting final judgment on claims released in the Agreement and enjoining each of them from prosecuting any released claims against Defendant and other released persons as defined in the Agreement. A Proposed Order is attached as **Exhibit 3**.

Dated: September 7, 2022.

Respectfully submitted,

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Robert P. Kondras, Jr. | /s/ Alan L. McLaughlin |
| Robert P. Kondras, Jr. | Alan L. McLaughlin (Bar No. 10182-49) |
| Attorney No. 18038-84 | Lisa A. Schreter (Ga. Bar No. 629852) (pro hac vice) |
| **HASSLER KONDRAS MILLER LLP** | William F. Allen (D.C. Bar No. 454656) (pro hac vice) |
| 100 Cherry Street | |
| Terre Haute, IN 47807 | |
| (812) 232-9691 | |
| Facsimile: (812) 234-2881 | **LITTLER MENDELSON, P.C.** |
| kondras@hkmlawfirm.com | 1900 Sixteenth Street, Suite 800 |
| | Denver, CO 80202-5835 |
| Hans A. Nilges (OH Bar 0076017) | Telephone: 303.629.6200 |
| Shannon M. Draher (OH Bar 0074304) | Facsimile: 303.627.0200 |
| **NILGES DRAHER LLC** | E-mail: lschreter@littler.com |
| 7266 Portage Street, N.W., Suite D | ballen@littler.com |
| Massillon, OH 44646 | amclaughlin@littler.com |
| Telephone: (330) 470-4428 | |
| Facsimile: (330) 754-1430 | |
| Email: hans@ohlaborlaw.com | *Counsel for Defendant Berry Global, Inc.* |
| | |
| Robi Baishnab (OH Bar 0086195) | |
| **NILGES DRAHER LLC** | |
| 34 N. High St., Ste. 502 | |
| Columbus, OH 43215 | |
| Telephone: (614) 318-9738 | |
| Facsimile: (330) 754-1430 | |
| Email: rbaishnab@ohlaborlaw.com | |

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, the foregoing Joint Motion for Order Approving Release of Claims of Late-Filed Opt-Ins was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Alan L. McLaughlin*
> Alan L. McLaughlin
>
> *Counsel for Defendant*